for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re BENSEL et al., Board of Water Supply. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) In the matter of the application and petition of John A. Bensel and others, constituting the Board of Water Supply of the City of New York, to acquire real estate, etc., under chapter 724 of the Laws of 1905, etc., in the towns of Olive and Hurley, Ulster county, N. Y., for the purpose of providing an additional supply of pure and wholesome water for the use of the city of New York. See, also, 124 N. Y. Supp. 716.

PER CURIAM. Order denying commissioners compensation affirmed, with $10 costs and disbursements.

SMITH, P. J., not voting.

BEREGSZAZI, Appellant, v. KREISCHER BRICK MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Julia Beregszazi, as administratrix, etc., against the Kreischer Brick Manufacturing Company. No opinion. Motion for reargument denied, with costs. For former opinion, see 140 App. Div. 155, 124 N. Y. Supp. 1079.

BERGER, Respondent, v. BERGER, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Edward W. Berger against Caroline D. Berger. F. Bien, for appellant. E. O. Mercelis, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 126 N. Y. Supp. 284.

BERGHOLTZ, Respondent, v. ITHACA ST. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by Adelina T. Bergholtz against the Ithaca Street Railroad Company. No opinion. Judgment unanimously affirmed, with costs

BERMEL v. MEYERROSE et al. (Supreme Court, Appellate Division, Second Department. March 7, 1911.) Action by Joseph Bermel, individually and as director, etc., against Joseph Meyerrose and others, individually and as directors, etc. No opinion. Motion denied, on condition that the plaintiff argue his case when reached upon the present calendar.

BERMEL, Respondent, v. NOBLE, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by Joseph Bermel against Daniel Noble. No opinion. Judgment of the Municipal Court affirmed, with costs.

BERNIKOW et al., Respondents, v. BROOKLYN HOUSEWRECKING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Solomon Bernikow and Reuben Lasofsky against the Brooklyn Housewrecking Company.

PER CURIAM. Motion denied, on condition that the appellant pay the respondents $10 costs, perfect its appeal within 10 days, place the case at the foot of the present calendar, and be ready for argument when reached. Otherwise motion granted, with $10 costs.

BERNSTEIN, Appellant, v. SOLINGER, Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Herman Bernstein against Fernando Solinger. No opinion. Order of the Municipal Court affirmed, with costs.

BERTA, Appellant, v. KLAW et al., Respondents. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Marie Berta against Marc Klaw and others. N. Vidaver, for appellant. W. N. C. Marsh, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BILCOVITCH, Respondent, v. BINGHAMTON PRESS CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Max Bilcovitch against the Binghamton Press Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer, upon payment of costs of demurrer and of this appeal.

BINDSEIL, Appellant, v. VICARIO, Respondent. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Herman F. Bindseil against John Vicario B. G. Oppenheim, for appellant. A. S. Gilbert, for respondent.

PER CURIAM. Order affirmed, with costs. Order filed.

SCOTT, J., dissents.

BINGHAM v. GAYNOR. POLLITZ v. GOULD et al. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Actions by Theodore A. Bingham against William J. Gaynor and by James Pollitz against George J. Gould and others. No opinions. Motions granted, questions certified, and orders filed. See, also, 126 N. Y. Supp. 353; 127 N. Y. Supp. 1140.

BLACK, Respondent, v. BENTEL, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Robert M. Black against George E. Bentel. R. Krause, for appellant. L. T. Knox, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BLACK, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Allan Black against the Nassau Electric Railroad Company.

PER CURIAM. Order reversed, with costs, and motion for new trial on the ground of new-